UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>                                                        )<br>v.                                                   )<br>                                                        )<br>CORINTHIAN WRIGHT AND    )<br>KENDALL FRANCIS,                    )<br>                                                        )<br>                    DEFENDANTS   ) | CRIMINAL NO. 2:15-CR-61-DBH |

**PROCEDURAL ORDER**

At the August 24, 2015, oral argument on the defendants' motions to sever (ECF Nos. 51 and 54), counsel should be prepared to address the following:

The government has stated that "[t]he only assertion [it] may offer in its case-in-chief is Defendant Wright's laughter when told by a law enforcement officer that Defendant Francis claimed drugs seized from 99 Horton Street were planted in his jacket." Gov't's Suppl. Resp. to Def.'s Mot. to Sever at 1 (ECF No. 66). Is there potential hearsay embedded in this evidence (Wright's laughter if it pertains to Francis's role, and Francis's statement to the police officer if it pertains to Wright's role)? Does this evidence raise issues under the Bruton/Richardson line of cases (Bruton v. United States, 391 U.S. 123 (1968); Richardson v. Marsh, 481 U.S. 200 (1987)) and/or under the Confrontation Clause (see Crawford v.

Washington, 541 U.S. 36 (2004))?  Does the analysis change if the defendants are tried separately?

**SO ORDERED.**

**DATED THIS 10TH DAY OF AUGUST, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**